**WO**

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WAYNE and JANE JENSEN, | No. CV-05-4213-PHX-LOA |
| Plaintiffs, | **ORDER RE: DISMISSAL WITH PREJUDICE** |
| v. | |
| THOR CALIFORNIA, INC. | |
| Defendant. | |

Upon consideration of the parties' Stipulation for Dismissal with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED dismissing the above-captioned matter in its entirety, with prejudice, as to all parties; each party to bear its own costs and attorneys' fees.

DATED: August 28, 2006

_____
Lawrence O. Anderson
United States Magistrate Judge

:1264087-1